**Order entered September 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01124-CV
### No. 05-14-01125-CV

## IN RE CRAIG WATKINS, CRIMINAL DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS, Relator

### Original Proceeding from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-00257-V
### Trial Court Cause No. F13-54696-V

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as unnecessary relator's motion for leave to file his petition for writ of mandamus. TEX. R. APP. P. 52.1. We **DENY** as moot relator's motion for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
        JUSTICE